UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Allentown Division)

| | |
|---|---|
| KRISTIN LESLIE and AMY ROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENTOKIL NORTH AMERICA, INC.,<br><br>Defendant. | Case No. Case 5:25-cv-01423-JLS |

**DEFENDANT RENTOKIL NORTH AMERICA, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Rentokil North America, Inc. ("Rentokil"), by and through undersigned counsel, hereby moves to dismiss Plaintiffs' Complaint (ECF No. 1) for lack of subject matter jurisdiction and failure to state a claim under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Rentokil submits the attached Memorandum of Law in support thereof.

Dated: May 22, 2025

Respectfully submitted:

/s/ John C. Grugan
John C. Grugan, Esq. (PA Id. 83148)
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Tel:   215-252-9600
Fax:   215-867-6070
john.grugan@hklaw.com

Lindsey R. Camp, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP
777 South Flagler Drive, Suite 1900, West Tower
West Palm Beach, Florida 33401
Tel:   561-833-2000
Fax:   561-650-8399
lindsey.camp@hklaw.com

Todd D. Wozniak, Esq. (admitted *PHV*)
HOLLAND & KNIGHT LLP

1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
Tel:    404-817-8500
Fax:    404-881-0470
todd.wozniak@hklaw.com

*Counsel for Defendant Rentokil North America, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2025, a copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, which will provide a copy to all counsel of record.

*/s/ John C. Grugan*
John C. Grugan, Esq. (PA Id. 83148)