**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division**

| | |
|---|---|
| KRISTIN LESLIE and AMY ROSS, on behalf of themselves and all others similarly situated, | Civil Action No.: 5:25-cv-01423-JLS |
| **Plaintiffs,** | |
| vs. | |
| RENTOKIL NORTH AMERICA, INC., | |
| **Defendant.** | |

## MOTION FOR WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 5.1, undersigned counsel respectfully moves this Court for an order withdrawing Kimberly Dodson's appearance as attorney of record for the Plaintiffs with respect to the above-captioned action. Ms. Dodson is no longer employed with Siri & Glimstad LLP. Plaintiffs will continue to be represented by Oren Faircloth and Catherine Cline of Siri & Gllimstad LLP, who are familiar with this matter, the posture of the case, and its current status

A proposed order granting this Motion is submitted herewith, as required by Local Rule 7.1(a).

WHEREFORE, for the reasons stated above, undersigned counsel respectfully moves this Court for an order granting the withdrawal of Kimberly Dodson as attorney of record for Plaintiffs.

Dated: March 10, 2026

Respectfully submitted,

/s/ Oren Faircloth
Oren Faircloth, Esq. *(pro hac vice)*
Catherine Cline, Esq.
SIRI & GLIMSTAD LLP
745 Fifth Ave., Suite 500
New York, NY 10151
Telephone: (929) 677-5181

Facsimile: 646-417-5967
Email: ofaircloth@sirillp.com
Email: ccline@sirillp.com

*Attorneys for Plaintiffs and the*
*Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2026, I caused to be filed a true and correct copy of the foregoing documents with the clerk of court using CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: March 10, 2026                                         Respectfully submitted,


                                                                        */s/ Oren Faircloth*
                                                                        Oren Faircloth, Esq.