**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Allentown Division)**

| | |
|---|---|
| KRISTIN LESLIE and AMY ROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RENTOKIL NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 5:25-cv-01423-JLS |

**DEFENDANT'S FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 11]**

Defendant submits this Fifth Notice of Supplemental Authority to advise the Court of the U.S. District Court for the Northern District of Ohio's opinion in *Greene v. Progressive Corp*., No. 1:24-CV-01890, 2026 WL 785004 (N.D. Ohio Mar. 20, 2026), in which the district court granted the defendant's motion to dismiss claims similar to those asserted by Plaintiffs here.  A copy of the decision is attached as **Exhibit A**.

*(Signature Block on Next Page)*

Dated: March 26, 2026                    Respectfully submitted:


                                         */s/ John C. Grugan*
                                         John C. Grugan, Esq. (PA Id. 83148)
                                         HOLLAND & KNIGHT LLP
                                         1650 Market Street, Suite 3300
                                         Philadelphia, PA 19103
                                         Tel:    215-252-9600
                                         Fax:    215-867-6070
                                         john.grugan@hklaw.com

                                         Lindsey R. Camp, Esq. (admitted *PHV*)
                                         HOLLAND & KNIGHT LLP
                                         777 South Flagler Drive, Suite 1900, West Tower
                                         West Palm Beach, Florida 33401
                                         Tel:    561-833-2000
                                         Fax:    561-650-8399
                                         lindsey.camp@hklaw.com

                                         Todd D. Wozniak, Esq. (admitted *PHV*)
                                         HOLLAND & KNIGHT LLP
                                         1180 West Peachtree Street NW, Suite 1800
                                         Atlanta, GA 30309
                                         Tel:    404-817-8500
                                         Fax:    404-881-0470
                                         todd.wozniak@hklaw.com

                                         *Counsel for Defendant Rentokil North America, Inc.*

1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 26, 2026, a copy of the foregoing was filed with the

Clerk of Court through the CM/ECF system, which will provide a copy to all counsel of record.

*/s/ John C. Grugan*
John C. Grugan, Esq. (PA Id. 83148)

2