# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KRISTIN LESLIE and AMY ROSS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RENTOKIL NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 5:25-cv-01423-JLS |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Kristin Leslie and Amy Ross, on behalf of themselves and all others similarly situated, through counsel, respectfully submit this Notice of Supplemental Authority to direct the Court's attention to the recent Memorandum-Decision and Order granting in part and denying in part Defendant's motion to dismiss in *Schultz v. Glens Falls Hospital*, No. 1:25-CV-00581 (MAD/PJE), 2026 WL 850332 (N.D.N.Y. Mar. 26, 2026) (attached hereto as **Exhibit A**).

The *Schultz* court held that allegations of tobacco surcharges deducted from a plaintiff's paychecks were sufficient to plead a concrete economic injury for purposes of Article III standing, where the alleged injury consisted of paying a surcharge the defendant purportedly lacked legal authority to impose. While the court dismissed fiduciary-duty claims for failure to allege plan-level harm, the court

1

further held that the complaint plausibly stated a claim under ERISA's nondiscrimination provisions where the surcharge was alleged to have been imposed in the absence of a wellness program that satisfied ERISA's statutory requirements, including an annual opportunity to qualify, a reasonable alternative standard, the full reward, and the required disclosure in plan materials. Moreover, because *Schultz* treats tobacco use as a health-status-related factor, the court's analysis centers on whether the defendant satisfied ERISA's statutory conditions for imposing the surcharge, rather than on any individualized showing of medical hardship or entitlement to a particular alternative standard.

Plaintiffs respectfully submit this authority because it addresses standing and pleading issues materially similar to those presented by Defendant's motion.

Dated: April 07, 2026                Respectfully submitted,

*/s/ Oren Faircloth*
Oren Faircloth *(pro hac vice)*
Catherine Cline
SIRI │GLIMSTAD LLP
100 Pearl Street
14th Floor - #16946876
Hartford, CT 06103
Tel: (929) 677-5181
E: ofaircloth@sirillp.com
E: ccline@sirillp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April 2026, I caused to be filed a true and correct copy of the foregoing documents with the clerk of court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: April 07, 2026                    Respectfully submitted,

*/s/ Oren Faircloth*
Oren Faircloth, Esq.

3