IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTIN LESLIE, *et al.*,
           Plaintiffs,         :

                :

           v.            :      Civil No. 5:25-cv-01423-JLS

                :

RENTOKIL NORTH AMERICA, INC,  :
           Defendant.      :

## ORDER

      **AND NOW,** this 8th day of April, 2026, upon consideration of the Defendant's motion to dismiss and all responses and replies thereto, it is hereby **ORDERED** that the motion [Doc. 11] is **DENIED**.

                        **BY THE COURT:**

                        */s/ Jeffrey L. Schmehl*
                        **JEFFREY L. SCHMEHL, J.**